IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | | |
|---|---|---|
| FRANCISCO CISNEROS, | § § § | |
| Plaintiff. | § § | |
| v. | § § | Civil Action No. 5:08-CV-144-R |
| PILGRIM'S PRIDE CORPORATION, | § § § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Francisco Cisneros respectfully submits this notice of voluntary dismissal WITH PREJUDICE of any and all claims asserted against Defendant Pilgrim's Pride Corporation. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Wes Sullenger*

D. Wes Sullenger, KY BAR #91861
TN BAR #021714
Sullenger Law Office, PLLC
2320 Broadway, Suite 407
Paducah, KY 42001
Telephone: (270) 443-9401
Facsimile: (270) 443-3624
wes@sullengerfirm.com

ATTORNEYS FOR PLAINTIFF
FRANCISCO CISNEROS

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2012, a true and correct copy of the foregoing document was filed with the Clerk using the Electronic Case Filing System. Additionally, I certify that a true and correct copy of the foregoing document was served via U.S. mail on the following:

> Adam T. Dougherty
> Baker & McKenzie LLP
> 2300 Trammell Crow Center
> 2001 Ross Avenue
> Dallas, TX  75201

*/s/ D. Wes Sullenger*
D. Wes Sullenger